

**ORDERED in the Southern District of Florida on October 23, 2019.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

CASE NO.: 19-21168-RAM
Chapter: 13

William David Sullivan, II,

Debtor.

_____/

**AGREED ORDER GRANTING SECURED CREDITOR'S, MIKON**
**FINANCIAL SERVICES, INC., MOTION FOR PROSPECTIVE RELIEF FROM STAY**

THIS CASE came before the Court on October 22, 2019 at 9:00am, on Secured Creditor's,

MIKON FINANCIAL SERVICES, INC. ("CREDITOR"), Motion for Prospective Relief from Stay (Doc.

26) (the "Motion"), and the Court having reviewed the Motion, the file, and being advised that

CREDITOR and Debtor, WILLIAM DAVID SULLIVAN, II ("DEBTOR"), are in agreement, and being

otherwise fully advised in the premises, it is hereby:

**ORDERED and ADJUDGED** as follows:

1.    The Motion is **GRANTED IN PART**.

2.      The automatic stay imposed by the filing of the instant case on August 21, 2019 has expired, as the DEBTOR did not timely file a motion to extend the stay.

3.      As such, there is no automatic stay currently in effect.

4.      Notwithstanding the foregoing, pursuant to the agreement of the CREDITOR and DEBTOR, the DEBTOR shall be permitted to continue with the instant Ch. 13 bankruptcy case; CREDITOR agrees to have its claim treated through the Chapter 13 Plan and to stay any state court action to enforce its claim, as long as the instant case is not dismissed, or converted to a Chapter other than 13.

5.      However, in the event that the instant bankruptcy case is dismissed or is converted to a Chapter other than 13, then CREDITOR shall be deemed to have been granted *prospective* stay relief, for a period of 18 months from the entry of a dismissal or conversion order, so that CREDITOR may pursue its *in rem* remedies against the property currently owned by the DEBTOR located in Miami-Dade County, Florida and more particularly described as follows:

> **LOT 5, BLOCK 1, OF WEST LITTLE RIVER ANNEX, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 40 PAGE 74, OF THE PUBLIC RECORDS OF MIAMI DADE COUNTY**
>
> **Parcel ID: 30-3111-003-0090**
>
> Property address: **8240 NW 15th Avenue, Miami, FL 33147** (hereinafter the "Property").

6.      The prospective stay relief granted by this Order is to CREDITOR as it relates to the Property, such that the prospective stay relief shall apply to all future bankruptcy cases filed by DEBTOR or any other person or entity claiming an interest in the Property, by, through, or under DEBTOR.

CASE NO.: 19-21168-RAM

7.      The filing of a future bankruptcy case by DEBTOR or any other person or entity

claiming an interest in the Property by, through, or under DEBTOR, for a period of 18 months

from the entry of a dismissal or conversion order of the instant case, shall not trigger the

imposition of the automatic stay under 11 U.S.C. 362, and shall not serve to stop, cancel, or

delay, the pursuit of *in rem* remedies under non-bankruptcy law, including but not limited to, a

tax deed sale of the Property by CREDITOR, the Miami-Dade County Clerk of Courts, or their

agents or assigns.

8.      The fourteen (14) day stay of this Order pursuant to Bankruptcy Rule 4001(a)(3)

is waived.

###

ORDER SUBMITTED BY:

**Gregory R. Bel, Esq.**
GREGORY R. BEL, PLLC
301 Alhambra Cir., Suite 1200
Coral Gables, Florida 33134
Telephone:      (305) 448-7064
gbel@grblegal.com

Gregory R. Bel, Esq. is directed to serve a conformed copy of this Order on all interested parties
and to file with the Court a certificate of service conforming with Local Rule 2002-1(F).