UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ FOURTH MODIFIED PLAN    Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: WILLIAM DAVID SULLIVAN, II    JOINT DEBTOR: _____    CASE NO.: 19-21168-RAM

SS#: xxx-xx- 6258    SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,081.85 for months 1 to 34 ;
2. $1,943.51 for months 35 to 84 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE ☐ PRO BONO

| Total Fees: | $7,700.00 | Total Paid: | $1,200.00 | Balance Due: | $6,500.00 |
|---|---|---|---|---|---|
| Payable | $175.74 | /month (Months 1 to 34 ) | | | |
| Payable | $525.00 | /month (Months 35 to 35 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$6,500.00 pursuant to fee application + $150.00 estimated expenses + $1,050.00 motions to modify plan

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS ☐ NONE

A. **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: MIKON FINANCIAL SERVICES, INC.

   Address: 6405 NW 36th Street Ste. 125 Miami FL 33126

   Arrearage/ Payoff on Petition Date    $68,108.00

   Payoff (Including 18% yearly interest)    $627.48    /month (Months 1 to 34 )

   Payoff (Including 18% yearly interest)    $600.00    /month (Months 35 to 35 )

   Last 4 Digits of Account No.: 3112

   Payoff (Including 18% yearly interest)    $942.32    /month (Months 36 to 84 )

LF-31 (rev. 06/04/21)    Page 1 of 5

Debtor(s): WILLIAM DAVID SULLIVAN, II        Case number: 19-21168-RAM

Other: _____

☑ Real Property                                   Check one below for Real Property:
  ☑ Principal Residence                           ☐ Escrow is included in the regular payments
  ☐ Other Real Property                           ☑ The debtor(s) will pay    ☑ taxes    ☑ insurance directly

Address of Collateral:
8240 NW 15th Avenue, Miami FL 33147

☐ Personal Property/Vehicle
Description of Collateral: _____

2. Creditor: CC1 FL II, LLC

   Address: Post Office Box 123800           Arrearage/ Payoff on Petition Date    $1,264.00
            Dallas TX 75312                  Payoff (Including 0.25% yearly interest)    $10.62    /month (Months  1  to  34 )
                                             Payoff (Including 0.25% yearly interest)    $10.00    /month (Months  35 to  35 )
   Last 4 Digits of                          Payoff (Including 0.25% yearly interest)    $18.22    /month (Months  36 to  84 )
   Account No.:       1373

Other: _____

☑ Real Property                                   Check one below for Real Property:
  ☑ Principal Residence                           ☐ Escrow is included in the regular payments
  ☐ Other Real Property                           ☑ The debtor(s) will pay    ☑ taxes    ☑ insurance directly

Address of Collateral:
8240 NW 15th Avenue, Miami FL 33147

☐ Personal Property/Vehicle
Description of Collateral: _____

3. Creditor: DORIS MALOY, LEON COUNTY TAX COLLECTOR

   Address: Tax Administration Dept.          Arrearage/ Payoff on Petition Date    $2,647.00
            Post Office Box 1835              Payoff (Including 18% yearly interest)    $19.20    /month (Months  1  to  34 )
            Tallahassee FL 32302              Payoff (Including 18% yearly interest)    $20.00    /month (Months  35 to  35 )
   Last 4 Digits of                           Payoff (Including 18% yearly interest)    $40.29    /month (Months  36 to  84 )
   Account No.:       0070

Other: _____

☑ Real Property                                   Check one below for Real Property:
  ☐ Principal Residence                           ☐ Escrow is included in the regular payments
  ☑ Other Real Property                           ☑ The debtor(s) will pay    ☑ taxes    ☑ insurance directly

Address of Collateral:
627 Kissimmee Street, Tallahassee FL 32310

☐ Personal Property/Vehicle
Description of Collateral: _____

4. Creditor: TMX FINANCE OF FLORIDA

   Address: 11686 NW 7th Avenue              Arrearage/ Payoff on Petition Date    $2,800.00
            Miami FL 33168                   Payoff                              $24.61    /month (Months  1  to  34 )
                                             Payoff                              $25.00    /month (Months  35 to  35 )
   Last 4 Digits of
   Account No.:       _____

| Account No.: | 6258 | Payoff | $39.56 | /month (Months 36 to 84) |

Other: _____

☐ Real Property  
    ☐ Principal Residence  
    ☐ Other Real Property  

Check one below for Real Property:  
☐ Escrow is included in the regular payments  
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly  

Address of Collateral:

☒ Personal Property/Vehicle  
Description of Collateral: 2007 DODGE SPRINTER

---

**5. Creditor:** PENINSULA MOTORS, INC.

Address: 23301 S. Dixie Highway  
Homestead FL 33032

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $4,000.00 | |
| Payoff | $35.57 | /month (Months 1 to 34) |
| Payoff | $35.00 | /month (Months 35 to 35) |
| Payoff | $56.24 | /month (Months 36 to 84) |

Last 4 Digits of Account No.: 6258

Other: _____

☐ Real Property  
    ☐ Principal Residence  
    ☐ Other Real Property  

Check one below for Real Property:  
☐ Escrow is included in the regular payments  
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly  

Address of Collateral:

☒ Personal Property/Vehicle  
Description of Collateral: 2001 FORD F-250

---

**6. Creditor:** A PLUS MINI STORAGE

Address: 12200 SW 117th Avenue  
Miami FL 33186

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $500.00 | |
| Payoff | $4.20 | /month (Months 1 to 34) |
| Payoff | $5.00 | /month (Months 35 to 35) |
| Payoff | $7.19 | /month (Months 36 to 84) |

Last 4 Digits of Account No.: 6258

Other: _____

☐ Real Property  
    ☐ Principal Residence  
    ☐ Other Real Property  

Check one below for Real Property:  
☐ Escrow is included in the regular payments  
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly  

Address of Collateral:

☒ Personal Property/Vehicle  
Description of Collateral: Personal property in storage unit

---

**7. Creditor:** MIKE BATTLE

Address: 301 S. Monroe Street  
Tallahassee FL 32301

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $10,888.00 | |
| Payoff (Including 18% yearly interest) | $6.05 | /month (Months 1 to 34) |

Debtor(s): WILLIAM DAVID SULLIVAN, II    Case number: 19-21168-RAM

| | | | | |
|---|---|---|---|---|
| Last 4 Digits of Account No.: _____ | Payoff (Including 18% yearly interest) | $200.00 | /month (Months  35  to  35  ) | |
| | Payoff (Including 18% yearly interest) | $213.92 | /month (Months  36  to  84  ) | |

Other: Tax Certificates No. 2017-4682 | 2017-4495 | 2017-6359 | 2017-6389 | 2017-6401

■ Real Property                Check one below for Real Property:
☐ Principal Residence          ☐ Escrow is included in the regular payments
■ Other Real Property          ■ The debtor(s) will pay  ■ taxes  ■ insurance directly

Address of Collateral:
627 Kissimmee Street, Tallahassee FL 32310

☐ Personal Property/Vehicle
Description of Collateral:

---

8. Creditor: INA GROUP, LLC

Address: 6333 Apples Way
Suite 115
Lincoln NE 68516

Arrearage/ Payoff on Petition Date    $20,796.00
Payoff (Including 15.75% yearly interest)  $57.06  /month (Months  1  to  34  )
Payoff (Including 15.75% yearly interest)  $294.16  /month (Months  35  to  35  )
Payoff (Including 15.75% yearly interest)  $378.81  /month (Months  36  to  84  )

Last 4 Digits of Account No.:  7042

Other: Tax Certificate No. 2010-7042

■ Real Property                Check one below for Real Property:
☐ Principal Residence          ☐ Escrow is included in the regular payments
■ Other Real Property          ■ The debtor(s) will pay  ■ taxes  ■ insurance directly

Address of Collateral:
627 Kissimmee Street, Tallahassee FL 32310

☐ Personal Property/Vehicle
Description of Collateral:

---

**B. VALUATION OF COLLATERAL:**  ■ NONE

**C. LIEN AVOIDANCE**  ■ NONE

**D. SURRENDER OF COLLATERAL:**  ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

■ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Quantum 3 Group, LLC | 7569 | Jewelry |

**E. DIRECT PAYMENTS**  ■ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  ☐ NONE

A. Pay  $38.26  /month (Months  1  to  34  )
   Pay  $35.00  /month (Months  35  to  35  )
   Pay  $52.61  /month (Months  36  to  84  )

Debtor(s): WILLIAM DAVID SULLIVAN, II    Case number: 19-21168-RAM

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. <u>SEPARATELY CLASSIFIED:</u>   ■ NONE

**VI.** <u>**STUDENT LOAN PROGRAM**</u>   ■ NONE

**VII.** <u>**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**</u>   ■ NONE

**VIII.** <u>**INCOME TAX RETURNS AND REFUNDS:**</u>   ■ NONE

**IX.** <u>**NON-STANDARD PLAN PROVISIONS**</u>   ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| WILLIAM DAVID SULLIVAN, II | | | |

| | | |
|---|---|---|
| YULEMA FIGUEROA, ESQ. | 07/08/2022 | |
| Attorney with permission to sign on Debtor(s)' behalf | Date | |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**