# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                          CASE NO.: 19-21168-BKC-RAM
                                                                                PROCEEDING UNDER CHAPTER 13
WILLIAM DAVID SULLIVAN, II

DEBTOR                                       /

## NOTICE OF DEPOSIT OF FUNDS WITH
## THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$130.42** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: 11-28-23

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

WILLIAM DAVID SULLIVAN, II
8240 NW 15 AVE
MIAMI, FL 33147

MIKE BATTLE
301 S MONROE ST
TALLAHASSEE, FL 32301-1861

YULEMA FIGUEROA, ESQUIRE
300 SW 107 AVE
SUITE 213
MIAMI, FL 33174

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

NOTICE OF DEPOSIT OF FUNDS
CASE NO.: 19-21168-BKC-RAM

ATTACHMENT

## NOTICE OF DEPOSIT OF FUNDS WITH THE UNITED STATES BANKRUPTCY COURT CLERK

### ATTACHMENT - LISTING OF CLAIMANT

### CASE NO.: 19-21168-BKC-RAM

MIKE BATTLE $130.42
301 S MONROE ST
TALLAHASSEE, FL 32301-1861

**REFUSED**
CLAIM REGISTER # 0



# Leon County
## Board of County Commissioners
301 South Monroe Street, Tallahassee, Florida 32301
(850) 606-5300   www.leoncountyfl.gov

Office of Financial Stewardship
Division of Real Estate Management
301 S. Monroe Street Suite 202
Tallahassee, Florida 32301
(850) 606-5143

Commissioners

BILL PROCTOR
District 1
Chairman

NICK MADDOX
At-Large
Vice Chairman

JIMBO JACKSON
District 2

RICK MINOR
District 3

BRIAN WELCH
District 4

KRISTIN DOZIER
District 5

CAROLYN D. CUMMINGS
At-Large

VINCENT S. LONG
County Administrator

CHASITY H. O'STEEN
County Attorney

March 14, 2022

Office of the Chapter 13 Standing Trustee
Nancy K. Neidich, Trustee
P. O. Box 27873
Miramar, FL 33027

Re: Check #0822446; case #1921168 (William David Sullivan)

Dear Ms. Neidich,

The above referenced check, issued by your office, was received at the Leon County Division of Real Estate Management for an outstanding Tax Certificate. However, the check was made payable to Mike Battle, a former Leon County employee (Real Estate Specialist). Enclosed is the original check and internal letter regarding the respective parcel tax identification number.

The check, as written, cannot be processed and applied to Mr. Sullivan's outstanding tax certificate. Please reissue another check payable to Leon County and send again.

If you have any questions or concerns, please contact me at 850-606-5143 or VickeryK@leoncountyfl.gov.

Thank you,

Kim Vickery
Real Estate Manager


Cc: Wade England, Treasury Manager

REC'D CH 13 TRUSTEE
2022 MAR 22 AM 11:05

*People Focused. Performance Driven.*



**Mailing Address**

Post Office Box 1835
Tallahassee, Florida 32302-1835
(850) 606-4700

**Administrative Services**

Metro 8, 1276 Metropolitan Blvd., Suite 401

**The Office of Doris Maloy**
**TAX COLLECTOR**
**LEON COUNTY - FLORIDA**

**Service Centers**

Metro 8, 1276 Metropolitan, Suite 102
Neil Kirkman, 2900 Apalachee Pkwy, Suite B-133
Lake Jackson, 3840 N. Monroe St, Suite 102
Southside, 3477 S. Monroe St.
Westside, 870-1 Blountstown Hwy.

www.leontaxcollector.net

October 21, 2019

Office of Management and Budget
Attn: Mike Battle
301 S. Monroe Street
Tallahassee, FL 32301

    RE: Case No.: 19-21168-KKS, Northern District of Florida
    Name: William D. Sullivan II
    Parcel No.: 410156 C0070    Certificate No.: 2017-6401, 2017-6389, 2017-6359
                                                                               2017-4682, 2018-4495

Dear Mr. Battle:

We have received notice that the owner of the property in which you hold tax certificate number 2017-6401, 2017-6389, 2017-6359, 2017-4682, and 2018-4495 for the 2013-2017 tax year, has filed a Chapter 13 Bankruptcy.

On the advice of our Legal Counsel, this office will no longer file Proof of Claims on behalf of certificate investors. Therefore, you may wish to take action to protect your interest.

Please submit a copy to our office of all disbursements as you receive them from the Court or Trustee. Our records will be updated with this information to ensure accuracy for redemptions remitted to the Tax Collector.

Sincerely,

*Mia Starley for*

Alethea Jackson
Chief Deputy, Tax Administration